**12:13 PM**
**11/16/06**
**Accrual Basis**

# Vertex Broadband Corporation
# Profit & Loss
### January through October 2006

|  | Jan - Oct 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 400-000 · Access | |
| 400-110 · Dial-up | 495.51 |
| **Total 400-000 · Access** | 495.51 |
| 430-000 · Equipment Service | |
| 430-100 · Installation & Service | 27,713.74 |
| 430-110 · Maintenance & Repair | 5,199.69 |
| **Total 430-000 · Equipment Service** | 32,913.43 |
| 470-000 · Telephony Sales | |
| 470-100 · CABS Revenue | 434,071.72 |
| 470-110 · Local & LD Phone Service | 1,108,242.60 |
| 470-140 · Reciprocal Compensation | 1,296.14 |
| **Total 470-000 · Telephony Sales** | 1,543,610.46 |
| 498-001 · Sales Discount | -36.15 |
| **Total Income** | 1,576,983.25 |
| **Cost of Goods Sold** | |
| 500-000 · COS Access Exp | |
| 500-110 · COS Dial-up | 273.91 |
| **Total 500-000 · COS Access Exp** | 273.91 |
| 510-001 · COS Commission Exp | 13,867.57 |
| 570-000 · COS Telephony Sales Exp | |
| 570-110 · COS Local & LD Phone Usage | 783,619.68 |
| **Total 570-000 · COS Telephony Sales Exp** | 783,619.68 |
| 595-000 · COS Other Exp | |
| 595-130 · COS Merchant Fees | 10,304.31 |
| **Total 595-000 · COS Other Exp** | 10,304.31 |
| **Total COGS** | 808,065.47 |
| **Gross Profit** | 768,917.78 |
| **Expense** | |
| 605-000 · Auto Expense | |
| 605-100 · Fuel | 1,558.32 |
| 605-110 · Insurance | 696.20 |
| 605-120 · Maintenance & Repair | 3,252.75 |
| 605-900 · Other | 1,180.84 |
| **Total 605-000 · Auto Expense** | 6,688.11 |
| 615-001 · Bank Charges | 2,131.00 |
| 620-000 · Business Promo | |
| 620-100 · Dining | 6,440.31 |
| 620-900 · Other | 815.00 |
| **Total 620-000 · Business Promo** | 7,255.31 |
| 630-001 · Connectivity Costs | 6,967.35 |
| 635-001 · Contributions | 7,650.00 |
| 650-001 · Facilities Mgmt/Rent | 56,027.79 |
| 660-000 · Insurance | |
| 660-140 · Workman's Comp | 1,272.00 |
| 660-900 · Other | 855.01 |
| **Total 660-000 · Insurance** | 2,127.01 |
| 670-001 · Late Fees | 105,912.21 |
| 675-001 · Lease Expense | 1,005.70 |
| 680-000 · Marketing & Advertising | |
| 680-100 · Advertising | 4,797.65 |
| 680-900 · Other | 533.33 |
| **Total 680-000 · Marketing & Advertising** | 5,330.98 |

12:13 PM
11/16/06
Accrual Basis

# Vertex Broadband Corporation
# Profit & Loss
### January through October 2006

|  | Jan - Oct 06 |
|---|---:|
| **685-000 · Non-Employee Compensation** | |
|   **685-100 · Non-Employee Comp - Gross Pay** | |
|     685-103 · Customer Service | 44,477.16 |
|     685-107 · Sales & Sales Support | 152,600.00 |
|   **Total 685-100 · Non-Employee Comp - Gross Pay** | 197,077.16 |
|   **685-110 · Non-Employee Comp - Payroll Tax** | |
|     685-111 · FICA | 11,657.87 |
|     685-112 · FUTA | 224.00 |
|     685-113 · MCARE | 2,726.43 |
|     685-114 · SUTA | 3,696.00 |
|   **Total 685-110 · Non-Employee Comp - Payroll Tax** | 18,304.30 |
|   **685-120 · Non-Employee Comp - Benefits** | |
|     685-121 · 401K | 1,775.65 |
|     685-122 · Dental Insurance | 802.40 |
|     685-123 · Disability Insurance | 735.58 |
|     685-124 · Health Insurance | 10,000.00 |
|     685-125 · Life Insurance | 270.40 |
|     685-129 · Other | 112.63 |
|   **Total 685-120 · Non-Employee Comp - Benefits** | 13,696.66 |
| **Total 685-000 · Non-Employee Compensation** | 229,078.12 |
| **690-001 · Office Expense & Supplies** | 3,176.09 |
| **705-001 · Postage & Delivery** | 3,303.58 |
| **710-000 · Professional Services** | |
|   710-100 · Accounting | 52,650.00 |
|   710-110 · Consulting | 107,611.77 |
|   710-120 · Legal | 67,657.28 |
| **Total 710-000 · Professional Services** | 227,919.05 |
| **715-000 · Repairs & Maintenance** | |
|   715-100 · Building | 234.47 |
|   715-110 · Equipment | 2,685.00 |
| **Total 715-000 · Repairs & Maintenance** | 2,919.47 |
| **720-000 · Software Expense** | |
|   720-100 · Developer Services | 81,026.00 |
| **Total 720-000 · Software Expense** | 81,026.00 |
| **725-000 · Technical Services** | |
|   725-105 · Data Center | 144,000.00 |
|   725-900 · Other | 7,770.88 |
| **Total 725-000 · Technical Services** | 151,770.88 |
| **730-000 · Telephone** | |
|   730-100 · Office Phones | 979.73 |
|   730-110 · Cell Phones & Pagers | 78.11 |
| **Total 730-000 · Telephone** | 1,057.84 |
| **735-000 · Travel & Entertainment** | |
|   735-120 · Local Transportation | 77.00 |
| **Total 735-000 · Travel & Entertainment** | 77.00 |
| **736-001 · Non-deductible Travel** | 2,859.83 |
| **740-001 · Utilities** | 850.00 |
| **745-000 · Web Presence** | |
|   745-100 · Hosting | 1,509.00 |
|   745-900 · Other | 320.00 |
| **Total 745-000 · Web Presence** | 1,829.00 |
| **Total Expense** | 906,962.32 |
| **Net Ordinary Income** | -138,044.54 |

**12:13 PM**
**11/16/06**
**Accrual Basis**

# Vertex Broadband Corporation
# Profit & Loss
### January through October 2006

|  | Jan - Oct 06 |
|---|---:|
| **Other Income/Expense** | |
| **Other Income** | |
| 800-000 · Other Income | |
| 800-900 · Misc Corrections & Adjustments | 764.50 |
| 800-000 · Other Income - Other | 224.77 |
| **Total 800-000 · Other Income** | 989.27 |
| **Total Other Income** | 989.27 |
| **Other Expense** | |
| 855-000 · Adjustmt to Prior Year Expense | |
| 855-200 · Penalties | 1,090.97 |
| 855-900 · Misc Corrections & Adjustments | 4,163.54 |
| **Total 855-000 · Adjustmt to Prior Year Expense** | 5,254.51 |
| 860-001 · Depreciation | 6,398.20 |
| 865-000 · Tax Expense (Non-Payroll) | |
| 865-110 · State Income | 309.15 |
| 865-900 · Other | 35.00 |
| **Total 865-000 · Tax Expense (Non-Payroll)** | 344.15 |
| **Total Other Expense** | 11,996.86 |
| **Net Other Income** | -11,007.59 |
| **Net Income** | **-149,052.13** |