IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **VERTEX BROADBAND CORP.** ) | |
| ) | Case No. 06-15146 |
| Debtor. ) | Chapter 11 |
| ) | Judge Schmetterer |
| ) | |

## NOTICE OF MOTION

TO:

See attached service list

    Please take notice that on September 28, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Room 682 of the United States Bankruptcy Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL and then and there present the **FINAL APPLICATION OF DEBTOR' COUNSEL FOR FEES AND REIMBURSEMENT OF EXPENSES** and seek the relief prayed for therein.

Name:    Bradley H. Foreman        Attorney for Debtor
Address:  6914 W. North Ave.        City: Chicago, IL 60707
Telephone: (773) 622-4800

## PROOF OF SERVICE BY MAIL

    I, Bradley Foreman, (the attorney, certify) (a non-attorney, on oath state) on September 4, 2007, I served this notice by mailing a copy to the persons listed on the attached service list at their addresses shown with proper postage prepaid, and by fax at the numbers shown on the attached list.

                                                   _/s/ Bradley H. Foreman_
                                                   Bradley H. Foreman

Mr. Dan Kehoe
Vertex Broadband, Inc.
925 N. Milwaukee Ave.
Buffalo Grove, IL 60089

Office of the U.S. Trustee, Region 11
227 W. Monroe St.
Suite 3350
Chicago, IL 60606

Mr. Aaron Hammer
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, Illinois 60604

Vertex Broadband Corp.
251 Milwaukee Avenue
Suite 200
Buffalo Grove, IL  60089

Aaron Hammer
Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL  60606

Broadwing Telecommunications, Inc.
PO bOX 790036
sT. lOUIS, MO  63179-0036

Egyptian Telephone Co.
1010 West Broadway
Steelville, IL  62288

Jaguar Credit
Dept. 193901
PO Box 55000
Detroit, MI  48255-1939

Mid Century
PO Box 380
285 Mid Century Lane
Fairview, IL  61432

Neustar
Neustar Loudon Tech Center
46000 Center Oak Plaza
Sterling, VA  20166

Reunion
106 W. Calendar
Suite 190
LaGrange, IL  60525

SAVVIS, Inc.
Portal Receivables
13339 Collections Ctr. Drive
Chicago, IL  60693

SBC Ameritech
PO Box 1838
Saginaw, MI  48605

SOS Telecom
1550 Northwest Highway
Suite 310
Park Ridge, IL  60068

TDS Telecom
NW 8702
PO Box 1450
Minneapolis, MN  55485

Telnet Worldwide
1017 Naughton
Troy, MI  48083

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **VERTEX BROADBAND CORP.** | ) |
| | ) Case No. 06-15146 |
| Debtor. | ) Chapter 11 |
| | ) Judge Jack B. Schmetterer |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: Bradley H. Foreman

Authorized to Provide Professional Services to: Vertex Broadband Corp. (Debtor)

Date of Order Authorizing Employment: December 14, 2006

Period for Which Compensation is Sought: From May 23, 2007 through September 4, 2007.

Amount of Fees Sought: $4,377.50

Amount of Expense Reimbursement Sought: $34.13.

This is a: Final Application

There has been one prior fee/expense application. The interim application covered the time period from the date prior to the entry of the order for relief, November 10, 2006, through and including May 23, 2007. The Court granted the interim application and awarded counsel the full requested amount of $14,950.00 in fees and $1,099.64 in expenses.

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $13,000.00.

Date: September 4, 2007

APPLICANT
By: _[signature]_

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
6914 W. North Ave.
Chicago, IL 60707
(773)622-4800

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **VERTEX BROADBAND CORP.** ) | |
| ) | **Case No. 06-15146** |
| Debtor. ) | **Chapter 11** |
| ) | **Judge Jack B. Schmetterer** |
| ) | |
| ) | |

**FINAL APPLICATION OF DEBTOR' COUNSEL FOR FEES AND
REIMBURSEMENT OF EXPENSES**

**VERTEX BROADBAND CORP.** ("Vertex"), debtor and debtor and possession herein, hereby moves this Court for an order under 11 U.S.C. 330 and Local Rule 607, approving payment of interim compensation and reimbursement expenses of its counsel, and in support thereof states:

1. On November 17, 2006, Vertex filed a voluntary petition in this court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 et seq., as amended. The Debtor has operated its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy code. No creditor's committee was appointed in these cases. No trustee was appointed. The debtor filed a plan and disclosure statement, followed by several amended Plans of Reorganization and Amended Disclosure Statements. Confirmation is scheduled for September 18, 2007, at which time the debtor anticipates that the Court will confirm its plan of reorganization.

2. This Court has jurisdiction of this Application pursuant to 28 U.S.C. Sec. '157 and 1334. Venue is proper under 28 U.S.C. 157(b)(2). The relief requested is authorized under Sec. 330 of the Bankruptcy Code. This is a final application for fees and expenses. There has been

one prior interim application in this case. The interim application covered the time period from the date prior to the entry of the order for relief, November 10, 2006, through and including May 23, 2007. The Court granted the interim application and awarded counsel the full requested amount of $14,950.00 in fees and $1,099.64 in expenses. Debtor paid its counsel a total of $13,000.00 of the awarded amount to date. This final application covers the time period from May 24, 2007 through September 4, 2007.

3. Debtor is an Illinois corporation. Debtor operates as a Competitive Local Exchange Carrier ("CLEC"), essentially purchasing local telephone service from other carriers, and operating as an approved reseller of such services. Prior to 1996, local telecommunications services were provided exclusively by traditional, monopoly providers, or incumbent local exchange carriers (the "ILECs"). Pursuant to the Telecommunications Act of 1996 (the "Telecommunications Act"), which was enacted to promote competition in the local telecommunications industry, ILECs were required to provide competitors, such as the Debtors, access to their networks to allow those competitive local exchange carriers (the CLECs") to offer local communications services. Currently, debtor purchases and resells such service from McLeod Telecommunications.

4. This Court entered an order approving Bradley H. Foreman ("Mr. Foreman") as counsel for the debtor on December 14, 2006. Mr. Foreman is a solo practitioner who operates as The Law Offices of Bradley H. Foreman, P.C. Mr. Foreman began rendering services to the debtor in contemplation of the filing of its Chapter 11 petition on or about November 10, 2006. The terms and conditions of his employment are contained within a retainer agreement entered into with the debtor. The sole source of compensation and reimbursement of expenses to Mr.

Foreman has been and will be from revenues realized by the debtor in the normal course of its business.

5. Mr. Foreman's normal billing rate is $250.00 per hour. However, Mr. Foreman's agreement with the debtor in this case calls for an hourly billing rate of $225.00. This hourly billing rate is customary and reasonable for comparably skilled attorneys of Mr. Foreman's level of experience in this geographical area, and is customarily charged by such attorneys in cases other than cases under Title 11 of the United States Code.

6. This application has been reviewed by representatives of the debtor, Mr. Blake Emerson, corporate secretary and Chairman of the Board, and by and Mr. Dan Kehoe, Operations Manager who have approved the requested amount.

7. **NARRATIVE SUMMARY PURSUANT TO LOCAL RULE 607.**

(1) Principal Activities: The activities of counsel are set out in detail in his time records which are attached hereto. Such time records have been separated by project categories as set out in the United States Trustee's Guidelines for Reviewing Application for Compensation. Such records reflect the following fees:

| Project Category | Hours | Amount Sought |
|---|---|---|
| Business Operations | 0.8 | $ 180.00 |
| Claims Administration | 0.5 | $ 112.50 |
| Fee/Employment Applications | 4.5 | $ 1,012.50 |
| Plan and Disclosure Statement | 20.30 | $ 4,567.50 |
| Reimbursable Expenses |  | $ 34.17 |
|  | **TOTAL** | **$5,389.17** |

3

(2) Applicant has attached his detailed time records in accordance with Local Rule 607-C and Fed. Bankr. R. 2016(a).

(3) All work was performed by Bradley H. Foreman.

(4) Hourly Rate: $225.00.

(5) Previously allowed: $14,950.00 in fees and $1,099.64 in expenses as follows:

| Project Category | Hours | Amount Sought |
|---|---|---|
| Business Operations | 12.4 | $3,100.00 |
| Claims Administration | 1.10 | $ 275.00 |
| Fee/Employment Applications | 4.5 | $ 1,125.00 |
| Meeting of Creditors | 7.0 | $1,750.00 |
| Plan and Disclosure Statement | 29.50 | $ 7,375.00 |
| Petition and Schedules | 5.30 | $ 1,325.00 |
| Reimbursable Expenses | | $ 1,099.64 |

**TOTAL $16,049.64**

(6) Issues Researched: The detailed time records attached show no significant legal research performed by counsel during the period covered by this Final Fee Application.

8. No additional charges are added to the actual costs incurred by the applicant. The fees and expenses detailed herein are sought to be both allowed and paid. The source of the proposed payment shall be from revenues derived by the Debtor in the ordinary course of its business operations.

4

9. The initial plan was timely filed on March 15, 2007, and was subsequently amended on April 6, 2007, on April 20, 2007, August 11, 2007 and August 30, 2007. The meeting of creditors was held December 14, 2006. All quarterly trustee fees have been paid in a timely manner by the debtor and all monthly reports have been timely filed by the debtor and none are due as of the filing of this application. There is approximately $100,000.00 cash on hand in the estate, none of which is encumbered. There are no unpaid administrative expenses.

10. In addition to the above, it was called to counsel's attention that the previous fee application contained an inadvertently erroneous billing rate of $250.00, rather than the rate of $225.00 agreed to for this case. Therefore, the fees were recalculated at the correct hourly rate and debtor is due a credit in the amount of $1,495.00 on previously allowed fees.

WHEREFORE, the Applicant, Bradley H. Foreman, counsel for Debtor, **VERTEX BROADBAND CORP.**, respectfully requests that the Court enter an order approving his application for fees in the amount of $4,377.50 and reimbursement of expenses in the amount of $34.13.

**VERTEX BROADBAND CORP.**

By: _____
       Its Attorney

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
6914 W. North Ave.
Chicago, IL 60707
(773)622-4800

**Fees and Expenses by Matter**  Page 1
Period: 05/24/2007-09/04/2007  09/04/07

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | | |
| Matter 1272-3 | | Vertex Broadband Corp. Business Operations | |
| 06/13/07 Unbilled | BHF | Fee: 0.20 hours @ $225.00/hour Review and file May report. | 45.00 |
| 07/16/07 Unbilled | BHF | Fee: 0.20 hours @ $225.00/hour Review and file June report. | 45.00 |
| 07/27/07 Unbilled | BHF | Fee: 0.20 hours @ $225.00/hour Confer with Dan about settlement position. | 45.00 |
| 08/13/07 Unbilled | BHF | Fee: 0.20 hours @ $225.00/hour Review and file August report. | 45.00 |
| Matter 1272-3 4 transactions | | Hours: 0.80   Fees: Expenses: | 180.00 0.00 |
| Matter 1272-4 | | Vertex Broadband Corp. Claims Adminstration | |
| 08/10/07 Unbilled | BHF | Fee: 0.50 hours @ $225.00/hour Conference with Aaron Hammer regarding potential settlement of ATT claim. | 112.50 |
| Matter 1272-4 1 transaction | | Hours: 0.50   Fees: Expenses: | 112.50 0.00 |
| Matter 1272-5 | | Vertex Broadband Corp. Fee/Employment Applications | |
| 06/08/07 Unbilled | BHF | Fee: 1.50 hours @ $225.00/hour Work on and file first interim fee application. | 337.50 |
| 07/02/07 Unbilled | BHF | Fee: 0.50 hours @ $225.00/hour In court to present first interim fee application. | 112.50 |
| 08/27/07 Unbilled | BHF | Fee: 1.50 hours @ $225.00/hour Work on final fee application. | 337.50 |
| 09/04/07 Unbilled | BHF | Fee: 1.00 hours @ $225.00/hour Work on and file final fee application. | 225.00 |
| Matter 1272-5 4 transactions | | Hours: 4.50   Fees: Expenses: | 1,012.50 0.00 |

**Fees and Expenses by Matter**  Page 2
Period: 05/24/2007-09/04/2007  09/04/07

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | | |
| Matter 1272-7 | | Vertex Broadband Corp. Plan and Disclosure Statement | |
| 05/24/07 Unbilled | BHF | Expense Postage (13 x .41) | 5.33 |
| 05/25/07 Unbilled | BHF | Fee: 3.00 hours @ $225.00/hour Meeting with Dan Kehoe and Blake Emerson to discuss current status of discussions with AT&T, to discuss possible modification of plan and/or offer to settle to AT&T. | 675.00 |
| 05/31/07 Unbilled | BHF | Fee: 0.60 hours @ $225.00/hour Discuss with Dan re proposal to be made to ATT for settlement; go over and revise letter to ATT attorney. | 135.00 |
| 06/08/07 Unbilled | BHF | Expense Postage | 5.24 |
| 06/14/07 Unbilled | BHF | Fee: 0.50 hours @ $225.00/hour Discussions with Dan regarding counteroffer to be made to ATT. | 112.50 |
| 06/16/07 Unbilled | BHF | Expense Postage | 4.66 |
| 06/20/07 Unbilled | BHF | Fee: 1.00 hours @ $225.00/hour Prepare and file motion to dismiss case. | 225.00 |
| 06/25/07 Unbilled | BHF | Fee: 0.40 hours @ $225.00/hour Discussions with Dan Kehoe regarding latest offer to ATT. | 90.00 |
| 06/27/07 Unbilled | BHF | Fee: 0.80 hours @ $225.00/hour Various discussions with Dan and with Aaron Hammer regarding possible settlement. | 180.00 |
| 06/28/07 Unbilled | BHF | Fee: 1.00 hours @ $225.00/hour Various conversations with Dan Kehoe and with Aaron Hammer regarding settlement and pending motions. | 225.00 |
| 06/29/07 Unbilled | BHF | Fee: 2.40 hours @ $225.00/hour To court for hearing on plan and related matters involving claims of ATT; prepare | 540.00 |

**Fees and Expenses by Matter**                                                    Page 3
Period: 05/24/2007-09/04/2007                                                    09/04/07

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | draft orders per judge's instructions; further discussion with Dan about progress of case. | |
| 07/02/07<br>Unbilled | BHF | Fee: 1.00 hours @ $225.00/hour<br>To court to present orders to judge and to obtain new date for hearing. | 225.00 |
| 07/09/07<br>Unbilled | BHF | Fee: 0.80 hours @ $225.00/hour<br>Prepare and send revised notice of hearing and ballot. | 180.00 |
| 07/10/07<br>Unbilled | BHF | Expense<br>Postage | 9.28 |
| 07/16/07<br>Unbilled | BHF | Expense<br>Postage | 4.66 |
| 07/28/07<br>Unbilled | BHF | Fee: 0.40 hours @ $225.00/hour<br>Discuss settlement options with Dan and convey offer to Aaron Hammer. | 90.00 |
| 08/08/07<br>Unbilled | BHF | Fee: 0.20 hours @ $225.00/hour<br>Review information on payment due to trustee. | 45.00 |
| 08/14/07<br>Unbilled | BHF | Fee: 0.80 hours @ $225.00/hour<br>Discuss matter with Aaron Hammer; make changes to plan and file with court. | 180.00 |
| 08/15/07<br>Unbilled | BHF | Expense<br>Postage | 5.00 |
| 08/18/07<br>Unbilled | BHF | Fee: 1.00 hours @ $225.00/hour<br>Prepare ballot report and file with court. | 225.00 |
| 08/20/07<br>Unbilled | BHF | Fee: 2.50 hours @ $225.00/hour<br>To court for plan hearing; confer with Aaron Hammer regarding settlement of claim and confirming of plan; confer with client regarding same. | 562.50 |
| 08/22/07<br>Unbilled | BHF | Fee: 0.50 hours @ $225.00/hour<br>Confer with Dan about plan; prepare order of confirmation and discuss with other lawyer. | 112.50 |

**Fees and Expenses by Matter**                                                Page 4
Period: 05/24/2007-09/04/2007                                                09/04/07

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 08/27/07 Unbilled | BHF | Fee: 2.20 hours @ $225.00/hour Discussions with Aaron Hammer regarding terms of plan and settlement of ATT objection; prepare minute orders withdrawing claim objections and proposed order of confirmation; prepare and file amended ballot report; to court for hearing on plan. | 495.00 |
| 09/04/07 Unbilled | BHF | Fee: 1.20 hours @ $225.00/hour Discussion with Tom Fawlkes (attorney for ATT) regarding revisions to order confirming plan; in court for continued hearing on confirmation. | 270.00 |

| Matter 1272-7 24 transactions | Hours: | 20.30 | Fees: Expenses: | 4,567.50 34.17 |
|---|---|---|---|---|
| 33 transactions 4 matters | Hours: | 26.10 | Fees: Expenses: | 5,872.50 34.17 |