IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
**VERTEX BROADBAND CORP.**            )
                                      )   Case No. 06-15146
        Debtor.                       )   Chapter 11
                                      )   Judge Schmetterer_
                                      )
                                      )

## AMENDED NOTICE OF MOTION

TO:

See attached service list

       Please take notice that on September 25, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Room 682 of the United States Bankruptcy Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL and then and there present the **MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ENTRY OF A FINAL DECREE** and seek the relief prayed for therein.

Name:      Bradley H. Foreman           Attorney for Debtor
Address:   6914 W. North Ave.           City: Chicago, IL 60707
Telephone: (773) 622-4800

### PROOF OF SERVICE BY MAIL

I, *Bradley Foreman*, (the attorney, certify) (a non-attorney, on oath state) on September 5, 2007, I served this notice by mailing a copy to the persons listed on the attached service list at their addresses shown with proper postage prepaid, and by fax at the numbers shown on the attached list.

                                              _____
                                              Bradley H. Foreman

Mr. Dan Kehoe
Vertex Broadband, Inc.
925 N. Milwaukee Ave.
Buffalo Grove, IL 60089

Office of the U.S. Trustee, Region 11
227 W. Monroe St.
Suite 3350
Chicago, IL 60606

Mr. Aaron Hammer
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, Illinois 60604

Vertex Broadband Corp.
251 Milwaukee Avenue
Suite 200
Buffalo Grove, IL 60089

Aaron Hammer
Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL 60606

Broadwing Telecommunications, Inc.
PO bOX 790036
sT. lOUIS, MO 63179-0036

Egyptian Telephone Co.
1010 West Broadway
Steeliville, IL 62288

Jaguar Credit
Dept. 193901
PO Box 55000
Detroit, MI 48255-1939

Mid Century
PO Box 380
285 Mid Century Lane
Fairview, IL 61432

Neustar
Neustar Loudon Tech Center
46000 Center Oak Plaza
Sterling, VA 20166

Reunion
106 W. Calendar
Suite 190
LaGrange, IL 60525

SAVVIS, Inc.
Portal Receivables
13339 Collections Ctr. Drive
Chicago, IL 60693

SBC Ameritech
PO Box 1838
Saginaw, MI 48605

SOS Telecom
1550 Northwest Highway
Suite 310
Park Ridge, IL 60068

TDS Telecom
NW 8702
PO Box 1450
Minneapolis, MN 55485

Telnet Worldwide
1017 Naughton
Troy, MI 48083