# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable JACK B. SCHMETTERER                    Date: **SEP 25 2007**

Bankruptcy Case No. 06-15146                      Adversary No. _____

Title of Case: Vertex Broadband Corp.

**Brief Statement of Motion:** For entry of final decree (set for 9-25-07)

**Names and Addresses of moving counsel:** Bradley Foreman, 6914 W. North Ave., Chicago, IL (xx70)

**Representing:** Vertex Broadband Corp.

**Names and Addresses of other counsel entitled to notice and names of parties they represent:**

## ORDER

Motion withdrawn (for Final Decree)

ENTER:

_____
United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.