### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **VERTEX BROADBAND CORP.** | ) |
| | ) **Case No. 06-15146** |
| Debtor. | ) **Chapter 11** |
| | ) **Judge Schmetterer** |
| | ) |
| | ) |

### AMENDED NOTICE OF MOTION

TO:

See attached service list

    Please take notice that on October 25, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Room 682 of the United States Bankruptcy Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL and then and there present the **MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ENTRY OF A FINAL DECREE** and seek the relief prayed for therein.

Name:     Bradley H. Foreman         Attorney for Debtor
Address:  6914 W. North Ave.         City: Chicago, IL 60707
Telephone: (773) 622-4800

### PROOF OF SERVICE BY MAIL

I, Bradley Foreman, (the attorney, certify) (a non-attorney, on oath state) on October 3, 2007, I served this notice by mailing a copy to the persons listed on the attached service list at their addresses shown with proper postage prepaid, and by fax at the numbers shown on the attached list.

Bradley H. Foreman

Mr. Dan Kehoe
Vertex Broadband, Inc.
925 N. Milwaukee Ave.
Buffalo Grove, IL 60089

Office of the U.S. Trustee, Region 11
227 W. Monroe St.
Suite 3350
Chicago, IL 60606

Mr. Aaron Hammer
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, Illinois 60604

Vertex Broadband Corp.
251 Milwaukee Avenue
Suite 200
Buffalo Grove, IL 60089

Aaron Hammer
Freeborn & Peters LLP
311 South Wacker Drive Suite 3000
Chicago, IL 60606

Broadwing Telecommunications, Inc.
PO bOX 790036
sT. lOUIS, MO 63179-0036

Egyptian Telephone Co.
1010 West Broadway
Steelville, IL 62288

Jaguar Credit
Dept. 193901
PO Box 55000
Detroit, MI 48255-1939

Mid Century
PO Box 380
285 Mid Century Lane
Fairview, IL 61432

Neustar
Neustar Loudon Tech Center
46000 Center Oak Plaza
Sterling, VA 20166

Reunion
106 W. Calendar
Suite 190
LaGrange, IL 60525

SAVVIS, Inc.
Portal Receivables
13339 Collections Ctr. Drive
Chicago, IL 60693

SBC Ameritech
PO Box 1838
Saginaw, MI 48605

SOS Telecom
1550 Northwest Highway
Suite 310
Park Ridge, IL 60068

TDS Telecom
NW 8702
PO Box 1450
Minneapolis, MN 55485

Telnet Worldwide
1017 Naughton
Troy, MI 48083

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **VERTEX BROADBAND CORP.** | ) |
| | ) |
| | ) Case No. 06-15146 |
| Debtor. | ) Chapter 11 |
| | ) Judge Schmetterer |
| | ) |
| | ) |

## MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ENTRY OF A FINAL DECREE

**VERTEX BROADBAND CORP.** ("Vertex"), debtor and debtor in possession herein, hereby moves this Court for entry of a final decree, and in support thereof states:

1. On November 17, 2006, Vertex filed a voluntary petition in this court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 et seq., as amended. The Debtor continues to operate its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy code. No creditor's committee has yet been appointed in these cases. No trustee has been appointed. The debtor filed a plan and disclosure statement, followed by several amended Plans of Reorganization and Amended Disclosure Statements. On September 21, 2007, this Court confirmed debtor's Fourth Modified Plan of Reorganization (the "Plan") and approved debtor's Disclosure Statement.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C Sec. 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Sec. 157(b)(2)(A). The statutory predicate for the relief requested is to be found at 28 U.S.C. Sec. 350 and in Bankruptcy Rule 3022.

3. Vertex is a Delaware corporation. Vertex operates as a Competitive Local Exchange

1

Carrier ("CLEC"), Debtor is an Illinois corporation that operates as a Competitive Local Exchange Carrier ("CLEC"), essentially purchasing local telephone service from McLeod USA Telecommunications Services, Inc., and operating as an approved reseller of such services. Illinois Bell and its related entities are the largest creditors of debtor, and their claims as scheduled comprise nearly 98% of the scheduled claims in this case. Illinois Bell and its related entities are the only parties that have filed claims in this case. There is a single secured creditor, who holds a lien on a motor vehicle, who is expected to be paid in full. There are no secured creditors secured by cash collateral and therefore Debtor has not sought any order from this Court for use of cash collateral during this bankruptcy proceeding. Vertex owns no real estate.

5. As of the date that this motion is expected to be presented to this Court, debtor expects that the Plan will have been substantially consummated pursuant to Section 1101(2) of the Bankruptcy Code. Vertex has paid all statutory fees due and owing to the United States Trustee. Any property required to be transferred under the Plan will have been transferred by the time this motion is presented. Reorganized Vertex will have assumed management and control of the debtor in accordance with the terms of the Plan. Any and all motions and contested matters will have been fully and finally resolved. Vertex will have made the payment required to be made to Class 2 creditors as set out in the confirmed plan of reorganization.

6. As debtor in possession, Vertex has in all respects complied with the orders of this Court and with the provisions of the United States Bankruptcy Code and Bankruptcy Rules. Vertex has neither possession nor control of property of the debtor that has not been disclosed or otherwise administered under the Plan.

7. In accordance with Local Rule 3022-1, Vertex has given notice of this Motion to the trustee and to all creditors.

**WHEREFORE, VERTEX BROADBAND CORP.** prays for a final decree closing the estate, and containing such other and further provisions as may be equitable.

**VERTEX BROADBAND CORP.**

By _____
Its Attorney

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
6914 W. North Ave.
Chicago, IL 60707
(773)622-4800

3