# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **VERTEX BROADBAND CORP.** | ) |
| | ) Case No. 06-15146 |
| Debtor. | ) Chapter 11 |
| | ) Judge Schmetterer |

## ORDER GRANTING DEBTOR'S COUNSEL'S FINAL APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES

**THIS CAUSE COMING BEFORE THE COURT TO BE HEARD** on the FINAL APPLICATION OF DEBTOR'S COUNSEL FOR FEES AND REIMBURSEMENT OF EXPENSES, due notice having been given, the Court having jurisdiction, having reviewed the application and the supporting documentation, having found the requested post-petition fees and fees incurred in contemplation of the filing of the petition to be reasonable for actual, necessary services rendered by counsel and having found the requested post-petition expenses to have been actual and necessary, and the Court being in all respects fully advised in the premises;

IT IS HEREBY ORDERED that the FINAL INTERIM APPLICATION OF DEBTOR'S COUNSEL FOR FEES AND REIMBURSEMENT OF EXPENSES be and is hereby granted, and Debtor's counsel Bradley H. Foreman's application for fees is allowed in the amount of $4,377.50 and expenses are allowed in the amount of $34.13, and may be paid by the Debtor from its DIP account.

Dated: Chicago, Illinois
October 25, 2007

ENTER: _____
United States Bankruptcy Judge

OCT 2 5 2007

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
6914 W. North Ave.
Chicago, IL 60707
(773)622-4800