# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:  **VERTEX BROADBAND CORP.**      )
                                        )    Case No. 06-15146
         Debtor.                   )
                                             *Ch 11*

*FINAL DECREE AND* ~~ORDER CLOSING CASE~~

    **THIS CAUSE COMING BEFORE THE COURT TO BE HEARD** on the **DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE,**      due notice having been given, the Court having jurisdiction, the Court having previously entered an order confirming the Plan of Reorganization (the "Plan"), the debtor having substantially consummated the Plan, the Debtor having applied for a final decree herein and the Court having reviewed the motion and having found that the estate has been substantially consummated:

    IT IS HEREBY ORDERED that the provisions of the Plan are binding on the debtor, any entity acquiring property under the Plan, and any creditor, or equity security holder of the debtor, whether or not the claim or interest of such creditor or equity security holder is impaired under the Plan, and whether or not such creditor or equity security holder has accepted the Plan;

    Further ordered that except as otherwise provided in the Plan or in the order confirming the Plan, all the property of the estate is vested in the Reorganized Debtor (as defined in the Plan);

    Further ordered that except as may be otherwise provided in the Plan or in the order confirming the Plan, the property dealt with by the Plan is free and clear of all claims and interests of creditors and equity security holders in the debtor;

    Further ordered that except as otherwise provided in the Plan or in the order confirming the Plan, the debtor is discharged from any debt that arose before the date of entry of the order of confirmation, and any debt whether or not  (i) a proof of claim based on such debt is filed or

deemed filed under Section 501 of Title 11, (ii) such claim was allowed under Section 502 of Title 11, or (iii) the holder of such claim has accepted the Plan;

Further ordered that except as otherwise provided in the Plan or in the order confirming the Plan, all rights and interests of equity security holders of the debtor provided for by the Plan are terminated;

Further ordered that all creditors of, claimants against and equity security holders of the debtor, are hereby restrained and enjoined from pursuing or attempting to pursue, or commencing any suits or other proceedings at law or in equity against the debtor and Reorganized Vertex, as defined by the Plan, or against any of the assets or property of the debtor or transferred by the debtor to said Reorganized Vertex, directly or indirectly, on account of or based upon any right, claim or interest which any such creditor, claimant or equity security holder may have had in, to, or against said debtor, excepting only such liabilities and claims as such debtor or said Reorganized Vertex has expressly assumed or agreed to pay pursuant to the plan herein.

Further ordered that the Chapter 11 case of the above-named debtor be ~~entered as the~~ ~~record as~~ closed.

ENTER:

_____
United States Bankruptcy Judge

Dated: ___10/26/07___

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
6914 W. North Ave.
Chicago, IL 60707
(773)622-4800

2